# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1177 | **DATE** | 11/10/2009 |
| **CASE TITLE** | Eric Turner et al vs. Police Officer Joe D. Parker et al | | |

**DOCKET ENTRY TEXT**

Attorney Gregory E. Kulis and Associates' motion for leave to withdraw attorney Kathleen C. Ropka [48] is granted. Defendant City of Chicago's agreed motion for entry of protective order [50] is granted. ENTER PROTECTIVE ORDER.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:06

| | Courtroom Deputy Initials: | AMM |
|---|---|---|